UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jugraj Bir SINGH,<br><br>                       Petitioner,<br><br>v.<br><br>WARDEN OF THE IMPERIAL REGIONAL DETENTION FACILITY, et al.,<br><br>                      Respondents. | Case No.:  26-cv-0799-AGS-VET<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING** |

Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents recently acknowledged that petitioner is "entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 4, at 2.) The Court agrees. Accordingly, the habeas petition is **GRANTED**, and all hearings and pending deadlines are vacated.

Respondents must provide petitioner with a bond hearing before an immigration judge by **March 3, 2026**.

Dated:  February 17, 2026

_____
Hon. Andrew G. Schopler
United States District Judge

1